IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:25-cr-182-TFM-N |
| | ) |
| MARGARITO MIGUEL-FRANCISCO | ) |

ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT

On October 3, 2025, the Defendant Margarito Miguel-Francisco, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 13) charging a violation of Title 8, United States Code, Section 1326(a), Illegal Reentry. *See* Docs. 23, 24. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 25. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **February 6, 2026 at 12:00 p.m.** under separate Order.

**DONE** and **ORDERED** this 23rd day of October, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE